■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMIL GREENWALD, Appellant.—Appeal by defendant from two judgments of the Supreme Court, Kings County (Coffinas, J.), each rendered July 27, 1984, convicting him of attempted robbery in the first degree and burglary in the second degree, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.